UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:24-cv-00519

STACHE PRODUCTS, LLC,

        Plaintiff,

v.

GREEN BROTHERS WHOLESALE
INC DBA MR GREEN WHOLESALE
FLORIDA

        Defendant.

_____

[proposed] FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

**THIS CAUSE** comes before the Court upon Plaintiff, STACHE PRODUCTS, LLC's ("Plaintiff" or "Stache Products") Motion for Entry of Final Judgment and Permanent Injunction against Defendant GREEN BROTHERS WHOLESALE INC DBA MR GREEN WHOLESALE FLORIDA ("Defendant" or "Mr Green Wholesale").

Having reviewed all of the moving papers, it is **ORDERED AND ADJUDGED** as follows:

1. **SERVICE OF PROCESS AND DEFAULT**

    a.    The record reflects that proper service was made on Defendant, Mr Green Wholesale through its registered agent. (ECF No. 10).

  b. According to the record, no answer, motion or other appearance was filed on behalf of defendant.

  c. The Clerk of Court has properly entered notation of default against Mr Green Wholesale pursuant to Fed. R. Civ. P. 55(a). (ECF No. 15).

## 2. LIABILITY

Based upon examination of the complaint and motion papers, I find that plaintiff has demonstrated that the uncontroverted allegations, without more, establishes the defendant's liability on the following causes of action:

  a. Count I - Direct Infringement of United Sates Patent Number 10,786,006 (the "'006 patent") pursuant to 35 U.S.C. §271(a).

  b. Count II - Direct Infringement of United Sates Patent Number 11,497,244 (the "'244 patent") pursuant to 35 U.S.C. §271(a).

  c. Count III - Direct Infringement of United Sates Patent Number 11,497,252 (the "'252 patent") pursuant to 35 U.S.C. §271(a).

  d. Count IV - Direct Infringement of United Sates Design Patent Number D872,933S (the "'933 patent) pursuant to 35 U.S.C. §271(a).

  e. Count V – Direct Infringement of U.S. Registered Trademark No. 7,079,618 Under Lanham Act Pursuant to 15 U.S.C. § 1114.

  f. Count VI – Federal Unfair Competition Pursuant to 15 U.S.C. § 1125.

  g. Count VII – Unfair Competition Under Florida Law

Judgment is hereby entered in favor of Plaintiff Stache Products, LLC. and against Green Brothers Wholesale Inc dba Mr Green Wholesale Florida, and

...

Plaintiff is granted relief as follows:

3. **PERMANENT INJUNCTION:**

    a. *(MMH)* Mr Green Wholesale Florida, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, are hereby [— who receive actual notice of this Order,] permanently restrained and enjoined as follows:

        i. *(MMH)* ~~a.~~ From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring ~~any products~~ [oral vaporizers] bearing the federally registered mark RIG IN ONE (the "RIG IN ONE Mark") or any confusingly similar trademark, other than those actually manufactured or distributed by plaintiff; and

        ii. *(MMH)* ~~b.~~ From making, using, selling importing, and/or offering to sell products that practice the '006 Patent, '244 Patent, '252 Patent, and '933 Patent.

    b. *(MMH)* Mr Green Wholesale Florida, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, shall [— who receive actual notice of this Order,] immediately and permanently discontinue the use of the RIG IN ONE Mark, or any confusingly similar trademarks in connection with oral vaporizers.

    c. *(MMH)* Mr Green Wholesale Florida, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, shall [— who receive actual notice of this Order,] immediately and permanently discontinue the use of the RIG IN ONE Mark, or any confusingly similar trademarks from use on any webpage

3

(including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms that are visible to a computer user or serves to direct computer searches to Internet based e-commerce stores registered, owned, or operated by any Defendant, including its Facebook page.

IT IS SO ORDERED this 8th day of December 2025,

_____
MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE